UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHATARI COLEMAN, | No. 2:13-cv-2564 KJN P |
| Petitioner, | |
| v. | ORDER |
| SOLANO COUNTY DETENTION FACILITY, | |
| Respondent. | |

Petitioner, a county prisoner proceeding pro without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

Petitioner did not file an actual habeas corpus petition. Instead, petitioner filed a letter with the court stating that he intends to challenge his conviction. Petitioner's letter does not contain the information required for a habeas corpus petition. See Federal Rules Governing Section 2254 Cases, Rule 2(d). Accordingly, the court will direct the Clerk of the Court to send petitioner a form for a habeas corpus petition.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee and a habeas corpus petition on the form provided by the court; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed;

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and a form for a habeas corpus petition pursuant to 28 U.S.C. § 2254.

Dated: December 20, 2013

cole2564.101a

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE